

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00174-CR

Damon **GOMEZ**,
Appellant

v.

The **STATE OF TEXAS**,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR11403W
Honorable Michael E. Mery, Judge Presiding

BEFORE JUSTICE VALENZUELA, JUSTICE SPEARS, AND JUSTICE MEZA

In accordance with this court's opinion of this date, the trial court's May 30, 2025, Judgment Nunc Pro Tunc is **MODIFIED** as follows:

The section entitled "Conditions Violated" is modified to show "One violation of Condition 2 (Failure to submit to drug testing on 4/7/2022), as set out in the State's Motion to Enter Adjudication of Guilt filed on June 9, 2023.

As modified, we **AFFIRM** the trial court's Judgment Nunc Pro Tunc.

SIGNED July 30, 2025.

_____
Velia J. Meza, Justice